**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 28 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-10239 |
| Plaintiff - Appellee, | D.C. No. 4:12-cr-00727-JGZ |
| v. |  |
| EDUARDO PENALOZA-CARLON, a.k.a. Eduarto Carlon Penaloza, | MEMORANDUM* |
| Defendant - Appellant. |  |

Appeal from the United States District Court
for the District of Arizona
Jennifer G. Zipps, District Judge, Presiding

Submitted April 22, 2015**

Before:     GOODWIN, BYBEE, and CHRISTEN, Circuit Judges.

Eduardo Penaloza-Carlon appeals from the district court's judgment and

challenges the time-served sentence imposed upon remand for resentencing.

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Penaloza-Carlon's counsel

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Penaloza-Carlon the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

14-10239